**Will ROGERS v. STATE.**
No. 17859.

Court of Criminal Appeals of Texas.
Dec. 18, 1935.

J. B. Petty, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft of property of the value of more than $50; punishment, five years in the penitentiary.

We find neither bills of exception nor statement of facts in the record. All matters of procedure appear regular.

The judgment is affirmed.